**James Earl SMITH, Petitioner–Appellant,**

v.

**John MARSHALL, Respondent–Appellee.**

No. 06–55894.

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 15, 2009.*

Filed Jan. 8, 2010.

*See* Fed. R.App. P. 34(a)(2).

James Earl Smith, San Luis Obispo, CA, pro se.

Beneth A. Browne, AGCA–Office of the California Attorney General, Los Angeles, CA, for Respondent–Appellee.

Before: GOODWIN, WALLACE, and FISHER, Circuit Judges.

MEMORANDUM **

California state prisoner James Earl Smith appeals pro se from the district court's judgment denying his 28 U.S.C. § 2254 habeas petition. We have jurisdiction pursuant to 28 U.S.C. § 2253, and we affirm.

The statute of limitations under 28 U.S.C. § 2244(d) began to run on August 9, 2000, the day following the denial of Smith's administrative appeal from the denial of parole. *See Redd v. McGrath,* 343 F.3d 1077, 1082–85 (9th Cir.2003). Even applying all possible statutory tolling to the time Smith's state habeas petitions were pending in state court, the limitations period expired on December 13, 2004. Accordingly, the instant § 2254 petition,

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

which was submitted to prison officials for mailing on June 23, 2005, was untimely. **AFFIRMED.**